# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HUGH JAMES ASHFORD, :
    Plaintiff :
                          :    No. 1:17-cv-02406
    v. :
                          :    (Judge Rambo)
PAROLE BOARD, et al., :
    Defendants :

## ORDER

**AND NOW**, this 14th day of February 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's civil rights complaint (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                  s/Sylvia H. Rambo
                                  SYLVIA H. RAMBO
                                  United States District Judge